**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Mathis*, Slip Opinion No. 2020-Ohio-709.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2020-OHIO-709

THE STATE OF OHIO, APPELLEE, *v.* MATHIS, APPELLANT.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Mathis*, Slip Opinion No. 2020-Ohio-709.]**

*Court of appeals' judgment reversed on the authority of* State v. Davis *and cause remanded.*

(No. 2018-1634—Submitted February 26, 2020—Decided March 3, 2020.)

APPEAL from the Court of Appeals for Muskingum County,

No. CT2018-0011, 2018-Ohio-4090.

_____

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State v. Davis*, __ Ohio St.3d __, 2020-Ohio-309, __ N.E.3d __, and this cause is remanded to the court of appeals for application of the ineffective-assistance-of-counsel analysis set forth in *State v. Bradley*, 42 Ohio St.3d 136, 141-142, 538 N.E.2d 373 (1989).

O'CONNOR, C.J., and KENNEDY, FRENCH, FISCHER, DONNELLY, and STEWART, JJ., concur.

DEWINE, J., dissents and would affirm the judgment of the court of appeals.

_____

Timothy Young, Ohio Public Defender, for appellant, Michael W. Mathis.

_____